## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

███████████████████████,

              Plaintiff,

~ *against* ~

████████████████████████;
███████████████████████;
██████████;
██████████████████████;
*and* █████████████;

              Defendants,

**Case No.:** <u>1:25-cv-15664</u>

**ORIGINAL COMPLAINT**

**District Judge:**

**Magistrate Judge:**

Comes now Plaintiff ████████████████████ by and through Counsel, Baruch S. Gottesman, Esq. of GOTTESMAN LEGAL PLLC, with their Original Complaint against the Infringing Defendants ███████████████████; ████████ ████████████████; ████████; █████████████████████ ███████; *and* ███████████████, and does respectfully allege as follows:

## I.    NATURE OF THE ACTION

1.    Plaintiff ███████████████████ ("████████" or "**Plaintiff**") owns valuable intellectual property rights, including but not limited to ██████████████████ ████████████████████████████████████ ████████████████████ in the United States.

2.    The Plaintiff's portfolio includes products marketed under the brand ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████.

3.   The  Plaintiff's  ██████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████.

4.   Plaintiff's ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████.

5.   Additionally,  ██████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████.

6.   Defendants are engaged in systematic, willful, and blatant infringement of

██████████████████████████████████████████ by  manufacturing,

importing, marketing, advertising, and selling counterfeit and infringing products that closely

mimic ████████████████████ while representing their inferior products as legitimate alternatives to Plaintiff's goods.

7. Defendants' infringing conduct includes but is not limited to █████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████

8. Plaintiff made repeated good-faith efforts to resolve this matter amicably. Defendants responded with continued willful infringement and bad-faith obstruction. Plaintiff now seeks judicial intervention to enforce its intellectual property rights, enjoin defendants' ongoing violations, recover all profits obtained through infringement, recover statutory damages and attorney's fees, and obtain other equitable relief available under federal and state law.

## II.     PARTIES

### a.     *Plaintiff and its Intellectual Property Portfolio*

9. Plaintiff ████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████

10. ████ ████ █ ██████ ██████ █ ███████ ████

██████████████████████████████████████████████████████

████████████████████████████

11. ███████████████████████████████

████████████████████████████████████████

███████████████

| IP Type | Registration/Application Number | Filing Date | Jurisdiction/Status |
|---------|--------------------------------|-------------|---------------------|
███████████████████████████████████████████████████████

12.     Annexed as Exhibits are the following U.S. Registered I.P.:

| IP Type | Registration/Application Number | Exhibit | Available Online at |
|---------|--------------------------------|---------|---------------------|
|         |                                |         |                     |

13.     Note that the Trademarks shown at Exhibit D and E have been assigned from the listed Registrant to the Plaintiff, as shown on the respective USPTO dockets of those Registrations, available at the USPTO Link provided.

14.     ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

15.     ███████████████████████████████████████████

█████████████████████████████     ██████████████████████

███████████████████████████████████████████████████

███████████

16.     ███████████████████████████████████████████

██████████████████████████.

17. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████

18. ████████████████████████████████████████

████████████████████████████

**b.** ***Defendants and an***
***Overview of their Infringing Activity***

19. Defendant ████████ ██████████ ███████ █ █████

████████████████████████████████████████████

████████████████████████████████████████████

██████

20. Defendant ███████████████████████████████████

████████ ██████████████ ████████████████████████

████████████████████████████████████

21. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

22. Defendant ██████████████████████████████████

████████████████████████████████████████████

██████████████████████████████ █████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████

23.     Annexed as Exhibit F is a complete, true and accurate screenshot of the

███████████████████ as it appeared on December 24, 2025.

24.     ██████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████

25.     Defendant █████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████

26.     Upon information and belief, ████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████

27.     ██████████████████████████████████████████

███████████████████████████

28.     Defendant ████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████     ███████████████████

████████████████████████

29. ██████████████████████████████

████████████████████████

30. ██████████████████████████████

█████████████████████████

31. ██████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████

c.    ***Defendants' Co-liability***

32.    Defendants  ████████████  ██████████  ████████  ████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

33.    Each of the Defendants is independently liable for the acts and omissions alleged in this Original Complaint as described fully herein.

34.    Further, upon information and belief at all times relevant to the infringing conduct alleged herein, each Defendant acted as the agent, representative, affiliate, parent, subsidiary, or alter ego of the other Defendants.  At all times, the Defendants operated under common control, shared management, shared financial interest, and operated as a unified enterprise designed to capitalize on Plaintiff's valuable intellectual property rights while trying to

evade individual liability by ███████████████████████████

███████████████████████████████████████

35.     The facts supporting piercing the corporate veil and holding each Defendant liable for the conduct of the others include, but are not limited to: (1) common ownership and control; (2) inadequate capitalization; (3) failure to maintain corporate formalities; (4) commingling of funds and assets; (5) undercapitalization; (6) holding themselves out as a single enterprise; (7) diverting assets to evade responsibility; and (8) other facts demonstrating that adherence to separate corporate form would constitute injustice and inequity.

36.     The Defendants are fully aware of their corporate relationships and co-liability, but the Plaintiff is not.  Accordingly, Plaintiff reserves the right to amend (with leave of Court if necessary) to file an Amended Complaint to provide additional factual detail regarding the Defendants' corporate relationships, common control, and agency relationships as Discovery proceeds.

### III.    JURISDICTION AND VENUE

37.     This action arises under federal law, specifically the Lanham Act (15 U.S.C. §§ 1114, 1125(a), 1125(c), 1116, and 1117), Title 17 of the United States Code (copyright infringement, 17 U.S.C. § 501 et seq.), the Design Patent Statute (35 U.S.C. § 171 et seq.), and common law principles of unfair competition and unjust enrichment under the laws of the State of Illinois.

38.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction over federal trademark, copyright, and design patent claims); 28 U.S.C. § 1338 (exclusive jurisdiction over federal trademark and copyright matters); and

28 U.S.C. § 1367 (supplemental jurisdiction over pendant state law claims arising from the same common nucleus of operative fact).

39.     This Court has personal jurisdiction over each of the Defendants because:

a.     Defendants purposefully and continuously directed their infringing commercial activities to consumers within the Northern District of Illinois, including through the operation of websites and online stores that expressly directed their sales toward the United States and to Illinois;

b.     Defendants advertised, offered for sale, and actually sold infringing products to consumers in the Northern District of Illinois through various platforms including their website, their store on Amazon.com and other websites that are accessible to Illinois consumers and which were directed toward the United States and toward Illinois;

c.     Plaintiff's agents executed test purchases with delivery addresses in Illinois, that confirmed Defendants' actual sales of infringing product in the State of Illinois;

40.     In addition, subjecting the Defendants to jurisdiction in this Court would not offend due process because they have minimum contacts with this forum sufficient to establish personal jurisdiction because of their activities in and aimed at Illinois, as desribed more particularly in the prior paragraph.

41.     In addition, the Defendants' operations caused foreseeable harm in this District, as the Defendants' infringing activities impact the Plaintiff's sales in this District, as potential customers purchased infringing counterfeit products instead of the Plaintiff's genuine products.

42.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants engaged in substantial infringing conduct, including advertising, offering for sale, and selling infringing goods within this District.  Further, the Defendants transacted business within this District in connection with the infringement including the sale of the test buy (as well as other

sales in the Northern District of Illinois).  Further, the Defendants' actions foreseeably caused injury to Plaintiff within this District, as potential customers purchased infringing counterfeit products instead of the Plaintiff's genuine products.

## IV.  FACTUAL BACKGROUND

*a.*  *Plaintiff's Development and Registration*  ████████████

43.  ███████████████████████████████
████████████████████████████████████████████
██████████████████████.

44.  ███████████████████████████████
████████████████████████████████████████████
██████████████.

45.  ███████████████████████████████.

Illustration A — ████████████████████████████

46. ███████████████████████████████████

█████████████████████████████████████████

████████

47. ███████████████████████████████████

████████████████



Illustration B

48. ███████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

49. ███████████████████████████████████

███████████████████████████████████.

50. ██████████████████████████████████████

██████████████████████████████████████████

███████████████████████████

51. ██████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████.

52. ██████████████████████████████████████

████████████████████████████████████████

53. ██████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████ ██████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

54. ██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

55. ██████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

56.   ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████

57.   ████████  ████████  ██████████████████

████████████████████████████████████████

████████████████████████████████████████

██████

*[Remainder of Page Intentionally Left Blank]*

**b.** ***Defendants' Manufacturing, Sale and Marketing
of Infringing Products***

58. ███████████████████████████████

████████████████████████████████████████



59. ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████



60. ██████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████ .

 

 

*c.* ***Plaintiff's*** ████████████████
      ***and Related Design***

61. ██████████████████████████████████████████████

████████████████████████████████████████████████

62. ██████████████████████████████████████████████

███████████████████████████████████  ████████████

████████████████████████████████████████████████████

█████████████████████████████ .

63. ██████████████████████████████
████████████████████████████



64. ████████ ████ ██████████ ████ ███ ██████████ ████
██████████████████████████████████████

      *d.*      ***Defendants' Infringement***

65. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████.

66. ██████████████████████████████
███████████████████████████████ ████████████
████████████████████████████████████
██████████████████████████████

67. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████

68. ██████████████████████████████
████████████████████████████████████
██████████████████████████████ ████████████
████████████████████████████████████
████████████████████████████████████
████████

69. ██████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████

70.     Defendants' infringing conduct includes, but is not limited to:

a.     ████████████████████████████████████
       ██████████████████████

b.     ████████████████████████████
       ██████████████████████████

c.     ██████████████████████████████████████
       ████████████████████████████████
       ████████████

d.     ████████████████████████████████
       ██████████████████████████████████
       ████████████████████████

e.     ████████████████████████████████
       ██████████████████████████████;

f.     ████████████████████████████████
       ██████████████████████████████████
       ████████████████████████████████
       ████████████████████████████████
       ██████████████████████████

g.     ████████████████████████████████
       ██████████████████████████████
       ████████████████████████; *and*

h.     ████████████████████████████████████
       ████████████████████████████████
       ██████████████

71.     ██████ ██████ ██████ ██ ██████ ██████ ██ ██████

████████████████████████████████████████████████████

██████ ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

*e.* **Defendants' Distribution Channels and U.S. Market Presence**

72. ███████████████████████████████████

████████████████████████████████████████████████

███████████

*i.* **Amazon Marketplace**

███████████████████████████████████

████████████████████████████████████

███ ██ ██ ████ ████ ████ ████ ██ ███

███████

█ ████████████████████

█ ████████████████████

█ █████████████████████

█ █████████████████████

█ █████████████████████

*ii.* **Independent Websites**

████████████████████████████████████

████████████████████████████████████

███████ ██████ ██████ ███████ ████

███ ████ ████ ██ ██ ████ ████ █

████████████████████████████ █

██████████████████████

*iii.* **Alibaba Platform**

████████████████████████████████████

██████████ ████ ███ ██ ██████ ███

████████████████████████████████████

████████████████████████████

    *iv.*    ***Social Media***

██████████████████████████████████████████
████████████████████████████

▪ ████████████████████████████
▪ ████████████████████████████
▪ ████████████████████████████

    *v.*    ***Bulk Imports into the United States***

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████

██████████████████████████████████████████
██████████████

    ▪ ████████████████████████
        ████████████████████████████
    ▪ ████████████████████
        ████████████████████████████████████
    ▪ ██████████████████
        ████████████████████████████

73.    ██████████████████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████

    *f.*    ***Defendants' Distribution Channels and U.S. Market Presence***

74.    Defendants had actual knowledge of Plaintiff's intellectual property rights and the infringing nature of their conduct.

75.    Evidence of the Defendants' knowledge includes:



## V. CAUSES OF ACTION

### First Cause of Action
### Lanham Act § 43(a) – Trade Dress Infringement

78. Plaintiff repeats, re-alleges, and incorporates by reference all the above allegations and Exhibits, as if fully set forth herein.

79. This cause of action is brought under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), which provides federal protection for distinctive trade dress.





85.    Defendants' infringement is willful. ███████████████████

86.    As a direct result of Defendants' infringement of Plaintiff's trade dress, Plaintiff has suffered and continues to suffer substantial damages, including loss of sales, loss of market share, diminution of brand value, injury to reputation, consumer confusion, and unjust enrichment of Defendants.

87. ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

88. ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

**Second Cause of Action**
**Lanham Act § 43(c) – Trade Dress Dilution (Tarnishment)**

89. Plaintiff repeats, re-alleges, and incorporates by reference all the above allegations and Exhibits, as if fully set forth herein.

90. This cause of action is brought under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), which provides protection against dilution of famous trade dress.

91. ██████████████████████████████████

████████████████████████████████

a. ████████████████████████████████
████████████████████████████████;



██████████████████████████████████████████████████████████

███████████████████████████████

95. ███████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████.

**Third Cause of Action**
**Unfair Competition and Unjust Enrichment under Illinois Common Law**

96. ███████████████████████████████████████████████

██████████████████████████████████

97. ████████████████████████████████████████

   ██    ██████████████████████████████████
         █████████████████

   ██    ██████████████████████████████████
         ███████████████

   ██    ███████████████████████████

   ██    ██████████████████████████████████
         ████████

   █████████████████████.

98. ███████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████

99. ███████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████

100.    ██████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████.

101.    ██████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████

**Reservation of Additional Claims**

102.    ██████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

*[Remainder of Page Intentionally Left Blank]*

## VI.     PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Honorable Court enter a judgment in favor of Plaintiff and against Defendants as follows:

A.     Issuing a Temporary Restraining Order and Preliminary Injunction, and thereafter a Permanent Injunction, to restrain and enjoin the Defendants, their employees, agents, representatives, successors, assigns, and all persons acting in concert or participation with them, from: ██████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

B.     Ordering the Defendants to deliver to this Court, or at Plaintiff's election to destroy under court supervision, all infringing products, manufacturing dies, molds, printing plates, and materials bearing or incorporating ███████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

C.  Ordering the Defendants to remove all infringing product listings from all e-commerce platforms, including Amazon, eBay, Alibaba, and the infringing website ████████████████████████████████████ ██████

D.  Issuing a Judgment that awards Plaintiff all profits obtained by Defendants through their manufacture, distribution, and sale of infringing products, including all retail sales through all distribution channels (Amazon, eBay, Alibaba, infringing websites, social media platforms, and direct sales).

E.  Issuing a Judgment that awards the Plaintiff actual, compensatory, and consequential damages in an amount to be determined at trial, but in no event less than two million United States dollars ($2,000,000.00) which include but is not limited to: (i) lost profits and lost sales demonstrated through evidence; (ii) diminution in the value of Plaintiff's intellectual property and brand goodwill; (iii) injury to Plaintiff's reputation; (iv) corrective advertising and marketing costs necessary to restore Plaintiff's brand reputation; and (v) reasonable royalties for Defendants' unauthorized use of Plaintiff's intellectual property.

F.  Issuing a Judgment that awards Plaintiff its reasonable costs and attorney's fees incurred in prosecuting this action, including expert witness fees, costs of investigation, and other costs associated with this litigation, as provided by common law principles of unfair competition.

G.  Issuing a Judgment that awards the Plaintiff prejudgment and post-judgment interest on all monetary awards at the maximum rate allowed by law from the date of each act of infringement through the date of entry of judgment and thereafter.

H.    Issuing a Judgment that awards Plaintiff exemplary (punitive) damages to the extent permitted by law due to the willful, intentional, and malicious nature of Defendants' conduct.

I.    Awarding the Plaintiff such other and further relief as this Court deems just, proper, and equitable under the circumstances, including any relief made available under applicable federal and state law.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY
FOR ALL TRIABLE ISSUES IN THIS ACTION**

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for*

## CERTIFICATE OF SERVICE

I hereby certify that on December 25, 2025, simultaneous with the filing of this Submission, a copy of this submission was uploaded to the court's CM/ECF system which will provide a notice of electronic filing to appropriate parties by electronic means.