IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**RANE ROE**,<br><br>Defendant, | Case No.: `1:25-cv-15664`<br><br>**District Judge:**<br>The Honorable.<br><br>**Magistrate Judge:**<br>The Honorable |

NOTICE OF MOTION

MOTION BY JOHN DOE PURSUANT TO LOCAL RULE 26.2
IN SUPPORT OF MOTION TO SEAL ORIGINAL COMPLAINT (ECF 1)
AND THE AFFIDAVIT IN SUPPORT OF THIS MOTION TO SEAL (ECF 2)
AND TO PROCEED UNDER PSEUDONYM

PLEASE TAKE NOTICE that pursuant to Local Rule 26.2 and other relevant rules and practices of this Court, the Plaintiff John Doe shall appear before the Honorable District Judge who may be assigned at such time as this matter may be scheduled to be presented and heard on the following Motion:

> Motion by Plaintiff John Doe pursuant to Local Rule 26.2, and other relevant rules and practices for this Court for an Order granting Leave to file the Original Complaint (ECF 1) under seal and the Affidavit in Support of the Motion to Seal (ECF 2) under seal, and for the unredacted versions with all Exhibits (ECF 3) to remain under seal until the execution of the anticipated Temporary Restraining Order or further Order of

this Court. Further, the Plaintiff moves to proceed under pseudonym until the execution of the anticipated Temporary Restraining Order or further Order of this Court.

**Dated:** December 25, 2025

                            RESPECTFULLY SUBMITTED,

By: _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 25, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.