IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JANE DOE,** <br><br> Plaintiff, <br><br> ~ *against* ~ <br><br> **RANE ROE;** <br><br> Defendant, | Case No.: **1:25-cv-15664** <br><br> **District Judge:** The Honorable Sharon Johnson Coleman <br><br> **Magistrate Judge:** Heather K. McShain |

NOTICE OF MOTION

PLAINTIFF'S *EX PARTE* MOTION FOR
ENTRY OF A TEMPORARY RESTRAINING ORDER,
INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 65 and other relevant rules and practices of this Honorable Court, the Plaintiff John Doe[1] shall appear before the Honorable District Judge Sharon Johnson Coleman, at the United States District Court for the Northern District of Illinois, at the Everett McKinley Dirsken United States Courthouse, **219 South Dearborn Street, Chicago, Illinois 60604 at Courtroom 1241 at 10:00 A.M. C.S.T.** on **February 6, 2026**, or at such other time as the matter may be scheduled for presentment; and to be heard on the following Motion:

---

[1] Before this Court is a Motion to Seal the Original Complaint and to proceed under a pseudonym until the execution of the Temporary Restraining Order, ECF 4. As of the filing of this Notice of Motion, the pending Motion to Seal and proceed under pseudonum remain *sub judice*.

This Motion is also being filed under seal (with an unredacted version and a version showing in highlight what has been redacted) with a request for it to remain under seal until the execution of the Temporary Restraining Order.

Motion by Plaintiff John Doe[1] pursuant to Rule 65 and other relevant rules and practices of this Honorable Court for an Temporary Restraining Order against further infringement by the Defendants, for an injunction against further sales, a temporary asset restraint, and expedited Discovery to identify the scope of the infringement, the identity and contact information of the infringers, and such other relief as this Honorable Court may be just and appropriate. In addition, the Plaintiff respectfully seeks an Order to Seal this Motion.

**Dated:** February 3, 2026

RESPECTFULLY SUBMITTED,

By: _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 3, 2026, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.