UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jane Doe
        Plaintiff,

v.                                Case No.: 1:25−cv−15664
                                    Honorable Sharon Johnson Coleman

Rane Roe
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion [10] is granted with respect to Plaintiff's request to file under seal but denied without prejudice with respect to Plaintiff's request for a temporary restraining order. Plaintiff may submit an amended complaint and/or TRO motion if it can correct the issues noted in the Order. Enter Order. The in−person status hearing set for 2/20/2026 is stricken and reset to 3/4/2026 at 10:00 AM. Status hearing set for 2/25/2026 is also stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.